[No. 44978-8-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS D. DALLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01992-6, George N. Bowden, J., entered July 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45054-9-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON JOSEPH GERNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-8-01330-1, Linda C. Krese, J., entered June 28, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45048-4-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07648-4, Janice Niemi, J., entered July 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44998-2-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-8-00243-0, Alfred Heydrich, J. Pro Tem., entered June 25, 1999. *Affirmed* by unpublished per curiam opinion.